■ PETER CISZKOWSKI, Respondent, v CONSOLIDATED RAIL CORPORATION, Also Known as CONRAIL, Appellant. (Appeal No. 1.) [675 NYS2d 582] —Appeal unanimously dismissed without costs (*see, Matter of Eric D.* [appeal No. 1], 162 AD2d 1051). (Appeal from Judgment of Supreme Court, Erie County, Gorski, J.—Federal Employers Liability Act.) Present—Green, J. P., Lawton, Wisner and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT L. DIROMA, Appellant. [672 NYS2d 829] —Judgment unanimously affirmed. Memorandum: Defendant failed to raise in his omnibus motion his present contention that the assault counts of the indictment should have been dismissed because they failed to apprise him sufficiently of the operative facts constituting the crimes of assault. Thus, defendant has failed to preserve that contention for our review (*see, People v Waldron*, 162 AD2d 485; *People v Di Noia*, 105 AD2d 799, 800, *lv denied* 64 NY2d 759, *cert denied* 471 US 1022; *see also*, CPL 210.20, 210.25). In any event, defendant was given fair notice of the charges against him (*see, People v Nichols*, 193 AD2d 764, 765, *lv denied* 82 NY2d 723).

The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Ontario County Court, Harvey, J.—Assault, 2nd Degree.) Present—Pine, J. P., Hayes, Wisner, Balio and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT WARE, Appellant. [673 NYS2d 963] —Judgment unanimously affirmed (*see, People v Saunders*, 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Supreme Court, Erie County, McCarthy, J.—Manslaughter, 1st Degree.) Present—Pine, J. P., Hayes, Wisner, Balio and Fallon, JJ.